# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:
JUNE H. NEAL                                              CASE NO. 21-50381
DEBTOR(S)

## AMENDED
## TRUSTEE'S REPORT AND
## RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED, based on Chapter 13 Plan (ECF No. 18), filed on 4/19/2021.

    1. The plan does not meet the hypothetical liquidation test of 11 U.S.C. § 1325(a)(4) in that priority and unsecured creditors are receiving less than would be distributed to them if this were a chapter 7 liquidation case. Creditors holding priority and general unsecured claims must receive at least $40,506.00. Section 5.1 of the plan incorrectly states a liquidation amount of $100.

    2. The Trustee estimates a "pool" amount of $47,400.00 is required in order to pay secured claims, Debtor's attorney's fee, the Trustee's percentage fee, and the amount necessary to satisfy the liquidation test, based on claims scheduled and filed to date. Any increase in the amount or interest rate to be paid on secured claims will require a like increase in the pool amount.

    3. The fee requested by the attorney in Section 4.3 of the Plan is not consistent with the Rule 2016(b) Disclosure of Compensation (Form 2030). Amend the plan and/or the fee disclosure.

    Respectfully submitted –

    Beverly M. Burden, Chapter 13 Trustee

    By: /s/ Beverly M. Burden
        Beverly M. Burden

                                                Chapter 13 Trustee
                                                P.O. Box 2204
                                                Lexington KY  40588
                                                (859) 233-1527
                                                notices@ch13edky.com

## CERTIFICATE OF SERVICE

The foregoing has been served via ECF on Ryan R. Atkinson on October 15, 2021.

                                          Beverly M. Burden, Chapter 13 Trustee

                                          By: /s/ Beverly M. Burden
                                                Beverly M. Burden
                                                Chapter 13 Trustee